FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARYL DANITA CARBY,<br><br>                    Plaintiff,<br><br>    v.<br><br>GOVERNMENTOF NIGERIA,<br>FAKE ROYAL FAMILY NAMES,<br>and FRAUDULENT NAMES OF<br>KEY PRINCESS<br><br>                    Defendant. | NO. 2:26-CV-0121-TOR<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION TO CHANGE VENUE |

BEFORE THE COURT is Plaintiff's Motion to Change Venue (ECF No. 4). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Plaintiff's Motion to Change Venue (ECF No. 4) is DENIED.

Under 28 U.S.C. § 1404, a party may move to transfer venue. "Under § 1404(a), the district court has discretion 'to adjudicate motions for transfer according to an individualized, case-by-case consideration of convenience and

ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE AND
MOTION FOR EXTENSION OF TIME ~ 1

fairness.'" *Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498 (9th Cir. 2000) (quoting *Stewart Org. v. Ricoh Corp.,* 487 U.S. 22, 29 (1988)) (internal quotations omitted).   The court must consider multiple factors when determining whether transfer is appropriate.  *Jones*, 211 F.3d at 498.

Plaintiff used a Ninth Circuit motion form to request a change of venue. ECF No. 4.  Plaintiff does not appear to argue that venue is improper, however, the writing on the form is difficult to understand.  ECF No. 4.  Plaintiff neither makes any arguments nor identifies an alternative venue for transfer.  *Id.*  Regardless, this motion cannot be granted because the requested relief is unclear.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  Plaintiff's Motion to Change Venue (ECF No. 4) is **DENIED.**

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED April 8, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE AND MOTION FOR EXTENSION OF TIME ~ 2